UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-16735 |
| BYRON HENDERSON | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: ARTHUR HARRIS |
| Debtor | ) | |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Alan J. Treinish, Trustee of this Estate, reports the following:

Ninety days have passed since the Final Distribution was made in this case. A Stop Payment has been issued on the following check(s):

Account No. 7551500001438

12/01/21 Check No. 2012 made payable to Byron Henderson. in the amount of $9,343.57

Your Trustee's check number 2013 in the above respective amount payable to the Clerk of the United States Bankruptcy Court is being electronically transmitted through ACH Direct Debit this date.

Date:  March 2, 2022                      ____/s/ Alan J. Treinish_____
                                          ALAN J. TREINISH, Trustee